IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO FILIBERTO CISNEROS DONDIEGO, JR., et al.,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendants.<br>_____/ | CASE NO. CV-F-03-6865 LJO<br><br>**ORDER TO SET FURTHER HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br>(Doc. 12.)<br><br>Date:  May 24, 2005<br>Time:  8:15 a.m.<br>Dept.:  6 (LJO) |

This Court conducted a further April 27, 2005 hearing on the motion of Perez, Williams & Medina ("PWM") to withdraw as counsel for minor plaintiff Gustavo Filiberto Cisneros Dondiego, Jr. ("Gustavo Jr."). PWM appeared by counsel Robert Perez, Robert Williams and Lazaro Salazar. Defendant United States of America appeared by Assistant U.S. Attorney Kristi Kapetan. Guardian ad litem Gustavo Dondiego ("Mr. Dondiego") was present at the hearing and explained he had not retained new counsel to replace PWM. This Court explained to Mr. Dondiego that this action cannot proceed without new counsel to represent Gustavo Jr. and that this Court will dismiss this action without prejudice if new counsel is not retained for Gustavo Jr. On the basis of good cause, this Court:

1. SETS a further hearing for May 24, 2005 at 8:15 a.m. in Department 6 (LJO) to address PWM's withdrawal and new counsel's potential representation of Gustavo Jr.;
2. ORDERS new counsel, if any, to appear at the May 24, 2005 hearing; and
3. ORDERS PWM to forthwith serve Mr. Dondiego with a copy of this order.

IT IS SO ORDERED.

Dated:   April 27, 2005                             /s/ Lawrence J. O'Neill

1

1 | 66h44d                              UNITED STATES MAGISTRATE JUDGE